046849AP/21061/JAT/LAS

## No. 21-3205

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PETER GAKUBA, #M52946, <br><br>           *Plaintiff-Appellant,* <br><br> vs. <br><br> LARRY HENDERSON, GRETA SMITH, PENNY GEORGE, DR. BIRCH, CHRIS GOTWAY, and TERRY GRISSOM, <br><br>           *Defendant-Appellees.* | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS <br><br> ————————————— <br> NO. 19-cv-01273 <br><br><br> ————————————— <br> HONORABLE STEPHEN P. MCGLYNN, <br><br> JUDGE PRESIDING |

### BILL OF COSTS

NOW COME the Defendants-Appellees, Kimberly Birch, D.O. and Greta Smith, pursuant to Federal Rule of Appellate Procedure 39, Circuit Rule 39, and 28 U.S.C. § 1920, and request that this Court award them the costs associated with obtaining judgment in their favor, stating as follows:

1.      Pursuant to Federal Rule of Appellate Procedure 39(a)(2), costs are taxed against the appellant if the decision below is affirmed. Fed. R. App. P. 39(a)(2) ("[I]f a judgment is affirmed, costs are taxed against the appellant").

2.      On December 6, 2022, the Seventh Circuit entered its judgment affirming the decision below with costs. (Doc. 36) A true and accurate copy of the judgment is attached hereto as Exhibit A.

3.     The statute that allows for litigants to proceed *in forma pauperis* expressly allows for costs to be assessed against an unsuccessful indigent plaintiff. 28 U.S.C. § 1915(f)(2); *McGill v. Faulkner,* 18 F.3d 456, 460 (7th Cir. 1994). Costs should be awarded in this matter given that the judgment expressly states "with costs," and pursuant to Fed. R. App. P. 39(a)(2). (Doc. 36)

4.     Attached as Exhibit B in support of this motion is an itemization of allowable costs incurred and affidavit in support of same.

5.     Pursuant to 28 U.S.C. § 1920(3), the Defendants-Appellees' fees for copying and printing are taxable costs. Therefore, costs should be awarded in this matter against Plaintiff-Appellant.

WHEREFORE, Defendants-Appellees, Kimberly Birch, D.O., and Greta Smith, respectfully request that this Court award the aforementioned costs as itemized on the Bill of Costs attached hereto, as well as for any other relief deemed equitable and just.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:  /s/ Lynsey A. Stewart
        One of the Attorneys for
        KIMBERLY BIRCH, D.O. AND
        GRETA SMITH

Lynsey A. Stewart
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
lstewart@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2022, I electronically filed the foregoing Bill of Costs with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that the other participant in this appeal, named below, is not a CM/ECF user. I have mailed a copy of the foregoing document by First-Class Mail, postage prepaid, to the following non-CM/ECF participant on December 15, 2022, before 5:00 p.m.

PRO SE:
Peter Gakuba
58 West Biddle Street, Apt. 103
Baltimore MD 21201
pgakuba@gmail.com

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Lynsey A. Stewart
    One of the Attorneys for
    KIMBERLY BIRCH, D.O. AND
    GRETA SMITH

Lynsey A. Stewart
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
lstewart@cassiday.com

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 6, 2022

*By the Court:*

|  |  |
|---|---|
| No. 21-3205 | PETER GAKUBA,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>LARRY HENDERSON, et al.,<br>　　　　　Defendants - Appellees |

| Originating Case Information: |
|---|
| District Court No: 3:19-cv-01273-SPM |
| Southern District of Illinois |
| District Judge Stephen P. McGlynn |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*Christopher Conway*

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)

Exhibit A

046849AP/21061/JAT/LAS

## No. 21-3205

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PETER GAKUBA, #M52946, | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS |
| *Plaintiff-Appellant,* | |
| vs. | NO. 19-cv-01273 |
| LARRY HENDERSON, GRETA SMITH, PENNY GEORGE, DR. BIRCH, CHRIS GOTWAY, and TERRY GRISSOM, | |
| | HONORABLE STEPHEN P. MCGLYNN, |
| *Defendant-Appellees.* | |
| | JUDGE PRESIDING |

### DEFENDANTS-APPELLEES' AFFIDAVIT AND ITEMIZATION OF ALLOWABLE COSTS IN SUPPORT OF BILL OF COSTS

### Cost of printing or otherwise reproducing the briefs:

15 copies of Appellees' Brief at 0.10 cents per page x 38 pages = $57.00

Plus $2.00 per brief binding x 15 copies                                    = $30.00

Plus $2.00 per brief cover x 15 copies                                        = $30.00

                                                                            TOTAL:        $117.00

Therefore, costs in the amount of $117.00 as requested by the appellees' Bill of Costs shall be taxed against appellant.

**Total: $117.00**

046849AP/21061/JAT/LAS

**No. 21-3205**

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

---

PETER GAKUBA, #M52946,

      *Plaintiff-Appellant,*

vs.

LARRY HENDERSON, GRETA SMITH, PENNY GEORGE, DR. BIRCH, CHRIS GOTWAY, and TERRY GRISSOM,

      *Defendant-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

NO. 19-cv-01273

HONORABLE STEPHEN P. MCGLYNN,

JUDGE PRESIDING

## <u>DECLARATION</u>

Lynsey A. Stewart certifies pursuant to 28 U.S.C. § 1746, that necessary costs were incurred by Defendants-Appellees, Kimberly Birch, D.O. and Greta Smith in the above-referenced matter as reflected in the Defendants-Appellees' Bill of Costs.

Counsel asserts that the information contained herein is correct and that the services performed were necessarily incurred in the case and the fees were charged.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  December 15, 2022

                                    */s/ Lynsey A. Stewart*

Lynsey A. Stewart
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
lstewart@cassiday.com
11266356